1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant/Movant
5  FREDERICK L. SHIRLEY

**FILED**

AUG – 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[RECEIVED stamp: JUL 21 2006, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>FREDERICK L. SHIRLEY,<br><br>      Defendant/Movant. | D.C. No. Cr. 99-20092-RMW<br><br>FREDERICK SHIRLEY'S REQUEST TO DESIGNATE THIS CASE FOR ELECTRONIC FILING AND ~~PROPOSED~~ ORDER<br><br>Judge: Ronald M. Whyte |

On April 30, 2006, this Court appointed the undersigned to represent Frederick L. Shirley on a motion to set aside his conviction and to vacate the sentence imposed by this Court pursuant to 28 U.S.C. §2255. The motion is currently in progress and shall be filed in the near future. To facilitate orderly filing and to enable all counsel to access filed documents from the ECF system, it is respectfully requested that the Court designate this case an Electronic Filing case going forward.

DATED: July 20, 2006

Respectfully submitted,

/s/ Suzanne A. Luban
SUZANNE A. LUBAN
Attorney At Law
Counsel for Mr. Shirley

1

1
2
3  _____
4
5     For Good Cause Shown, IT IS HEREBY ORDERED that this case is
6  designated an electronic filing (ECF) case.  All future filed documents shall be
7  submitted by means of the ECF system.
8
9
10  Dated: ___8/2___, 2006
11
                                                    *Ronald M. Whyte* (signature)
                                                    Hon. RONALD M. WHYTE
12                                                  U.S. District Judge
13
...
28                                    2