1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2  MARK L. KROTOSKI (CABN 139549)
   Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
4
   Attorney for Plaintiff
5  United States of America

6    150 Almaden Blvd., Suite 900
     San Jose, California  95113
7    Telephone: (408)  535-5065
     Fax: (408) 535-5066                          ***E-FILED - 2/6/07***
8    E-mail: carlos.singh@usdoj.gov

9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,    )       No. CR 99-20092-RMW
                                 )
13               Plaintiff,      )
                                 )       STIPULATION AND ORDER
14       v.                      )       CONTINUING DATE OF
                                 )       GOVERNMENT'S RESPONSE
15  FREDERICK L. SHIRLEY,        )
                                 )
16               Defendant       )
    _____)

17
         The parties hereby stipulate to a continuance of the government's response to Mr.
18
    Shirley's §2255 Motion from January 19, 2007 to February 23, 2007 for following reasons:
19
         (1)  The parties agree that  review of IRS records is essential to the resolution of this matter.
20
    The undersigned government counsel had requested copies of IRS reports relating to an
21
    investigation of Clarence Walker.  Mr. Walker was a government witness in the prosecution
22
    against Mr. Shirley.  Mr. Walker was recently convicted of conspiracy and structuring offenses.
23
         (2)  Mr. Shirley believes and has alleged in his §2255 motion that Mr. Walker was involved
24
    in criminal activity and dishonesty before and perhaps during the time period of his (Shirley's)
25
    trial and sentencing.  Further, Mr. Shirley believes and has alleged that at a time within three
26
    years after the verdict against Mr. Shirley, agents of the government knew or had reason to
27
    believe impeaching facts about Mr. Walker that were required to be disclosed to Mr. Shirley
28
    under Brady.  Thus, even though the undersigned government counsel was not aware of

    STIPULATION AND ORDER

1    Walker's activity, Mr. Shirley believes that <u>Brady</u> information was not disclosed to him, and that

2    his conviction was obtained and affirmed in violation of due process as a result.

3        (3) The government's response to Mr. Shirley's §2255 motion is due on January 19, 2007.  In

4    an effort to investigate Mr. Shirley's claims, the undersigned government counsel has asked the

5    IRS general counsel's office for information relating to the investigation of Clarence Walker.

6    Although, the requested information is non-tax information, the IRS general counsel's office has

7    requested that counsel file an <u>ex parte</u> tax application in order to obtain IRS records.

8    Government counsel needs additional time to file the ex-parte application to obtain IRS records.

9    In addition, AUSA Singh also has been preparing for a January 29, 2007 trial before Judge

10   Jeremy Fogel, which has limited the amount of time available to deal with the IRS matter.

11       (4)  While reviewing the defendant's habeas motion, government counsel learned that the

12   FBI may have been involved in an investigation regarding events that led to Mr. Walker's

13   conviction.  Government counsel has asked the FBI for possible reports relating to the

14   investigation.  A new FBI case agent is in the process of reviewing reports and this agent needs

15   additional time to determine whether there are any relevant reports regarding counsel's request.

16   Should there be relevant FBI or IRS reports (absent a reason to withhold disclosure of those

17   reports after the court's review of such records, if necessary), the government will provide those

18   records to Mr. Shirley's counsel promptly upon their receipt.

19       (5)   In the meantime, government counsel received a January 12, 2007 discovery letter from

20   Mr. Shirley's counsel.  The letter requests additional information that government counsel will

21   look into in an attempt to resolve this matter and respond to Mr. Shirley's habeas petition.

22       (6) The government agrees that, if needed, it will agree to extend by stipulation the term of

23   Mr. Shirley's supervised release for the length of time of any continuances or extensions of time

24   that it seeks and obtains, including this one, to prevent Mr. Shirley's claims from becoming moot

25   by the expiration of his supervised release term that may otherwise occur as a result of such

26   delay.

27   / / / /

28

STIPULATION AND ORDER

1    (7) Therefore, based on the representations herein, the parties hereby agree and stipulate that

2    this Court shall issue an order extending the government's time to file an Answer in response to

3    the §2255 motion to February 23, 2007.

4

5    _____/S/_____          _____/S/_____
     Suzanne A. Luban, Esq.                  Carlos Singh
6    Counsel for Frederick L. Shirley        Assistant United States Attorney

7    January 19, 2007                        January 19, 2007

8

9

10

11   **IT IS SO ORDERED.**

12                                           _____
      February 6, 2007                       RONALD M. WHYTE
13                                             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER